IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

HEIDI MYERS,

    Plaintiff,

v.

NSF INTERNATIONAL,

    Defendant.

**DECLARATION OF KAREN KREZA**

I, Karen Kreza, do hereby swear and affirm as follows:

1. I make this Declaration based on personal knowledge, and if called and sworn as a witness, I could and would testify competently and truthfully to the matters stated in this Declaration. I have personal knowledge of all the facts below, and to the best of my knowledge they are all true and correct. No promises of benefits or threats have been made to me to persuade me to sign this Declaration.

2. I am over the age of 18, and am competent to give this Declaration.

3. I am giving this Declaration voluntarily. Before signing this Declaration, I had the opportunity to review it, I did so, and I made any changes to this Declaration I wanted to make.

4. I am employed by NSF International ("NSF") as Vice President and Chief Human Resources Officer. In my position, I have access to personal information and data regarding NSF's compensation of its employees, including records relating to the compensation of the position Plaintiff applied for, the Director of Global Talent Acquisition. I have personal knowledge of the facts set forth in this Declaration and am competent to testify to them.

5. NSF was incorporated in the State of Michigan on December 4, 1952. NSF's principal place of business is located in the State of Michigan.

6. Based on my review of NSF's records, the expected compensation for the Director of Global Talent Acquisition position was $180,000-200,000 annually with a twenty percent bonus.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of December, 2022.

*/s/ Karen Kreza*
Karen Kreza, Vice President and Chief Human Resource Officer